UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

P.A.J.                                          CIVIL ACTION

VERSUS                                          NO. 25-491

SOCIAL SECURITY                                 SECTION "H" (3)
ADMINISTRATION

## ORDER

Before the Court is an Unopposed Motion for Entry of Judgment with Remand by the Commissioner of Social Security.[1] The Court, having considered the record, the applicable law, the Report and Recommendation of the United States Magistrate Judge, and the failure of any party to file an objection to the Magistrate Judge's Report and Recommendation, hereby approves the Report and Recommendation of the United States Magistrate Judge and adopts it as its opinion in this Matter. Accordingly;

**IT IS ORDERED** that the Commissioner's Unopposed Motion for Entry of Judgment with Remand (R. Doc. 24) be and is hereby **GRANTED**.

**IT IS FURTHER ORDERED** that judgment is hereby entered **REVERSING** the decision of the Commissioner and **REMANDING** the case for further administrative proceedings. The Court has authority to remand this case to the Commissioner for further proceedings pursuant to 42 U.S.C. § 405(g).

---

[1] R. Doc. 24.

1

New Orleans, Louisiana, this 2nd day of February, 2026.

**HONORABLE JANE TRICHE MILAZZO**
**UNITED STATES DISTRICT JUDGE**